No. 95–7452.  LYNCE v. MATHIS, SUPERINTENDENT, TOMOKA CORRECTIONAL INSTITUTION, ET AL.  C. A. 11th Cir.  Motion of

petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 1 presented by the petition.